| Information to identify the case: | | |
|---|---|---|
| Debtor 1:  **Lesa Edwards–Fletcher** | | Social Security number or ITIN:  xxx–xx–0411 |
| First Name   Middle Name   Last Name | | EIN:  __–_____ |
| Debtor 2:  (Spouse, if filing)  First Name   Middle Name   Last Name | | Social Security number or ITIN:  ____ |
| | | EIN:  __–_____ |
| United States Bankruptcy Court:  Northern District of Illinois | | Date case filed for chapter:    13    6/10/22 |
| Case number:  22–06519 | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lesa Edwards–Fletcher | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3109 197th St. Lynwood, IL 60411–6813 | |
| 4. | **Debtor's attorney** Name and address | Brian P Deshur Law Offices of David Freydin Ltd 8707 Skokie Blvd Suite 312 Skokie, IL 60077 | Contact phone 630–516–9990 Email: brian@freydinlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Marilyn O Marshall 224 South Michigan Ste 800 Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 6/13/22 |

**For more information, see page 2**

Debtor  **Lesa Edwards–Fletcher**                                                    Case number **22–06519**

| | | |
|---|---|---|
| **7.  Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 11, 2022 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>**Appear by Zoom. For instructions,, visit www.chi13.com** |
| **8.  Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/9/22**<br><br><br><br><br><br>**Filing deadline: 8/19/22**<br><br><br>**Filing deadline: 12/7/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: 8/1/22 at **02:30 PM** , Location: **Appear Using Zoom for Government, Judge Cleary. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 161 122 6457 and passcode Cleary644.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:
Lesa Edwards-Fletcher
    Debtor

Case No. 22-06519-DDC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin          Page 1 of 3

Date Rcvd: Jun 13, 2022          Form ID: 309I          Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Lesa Edwards-Fletcher, 3109 197th St., Lynwood, IL 60411-6813 |
| aty | + | David Freydin, Law Offices of David Freydin Ltd, 8707 Skokie Blvd, Suite 312, Skokie, IL 60077-2269 |
| 29803152 | + | Arthur and Tarlice Amos, c/o Ramsay Bridgforth, Robinson & R, 501 S. Main St., Pine Bluff, AR 71601-4327 |
| 29803165 | + | Global Network, 5320 College Blvd, Shawnee Mission, KS 66211-1621 |
| 29803166 | | IL Tollway - Violations Admin., 2700 Ogden Avenue, Downers Grove, IL 60515-1703 |
| 29803167 | + | Irf/pioneer, 6520 Indian River Rd, Virginia Beach, VA 23464-3439 |
| 29803171 | + | Moni, Dept. CH 8628, Palatine, IL 60055-0001 |
| 29803173 | + | Novad Managment Consulting, ATTN: Partial Claims Cash Managemen, 2401 NW 23rd St., Ste 1A1, Oklahoma City, OK 73107-2448 |
| 29803183 | + | SRI, Incorporated, Lake County Auditor's Office, PO Box 501610, Indianapolis, IN 46250-6610 |
| 29803181 | + | South Shore Neighborhood Developmen, 353 Tyler St., Gary, IN 46402-1149 |
| 29803182 | + | South Shore Neighborhood Developmen, 370 E. 84th Dr., Suite 100, Merrillville, IN 46410-6643 |
| 29803186 | + | Triverity, 26263 Forest Blvd., Wyoming, MN 55092-8033 |
| 29803188 | + | Us Employees Cr Un, 230 S Dearborn St Ste 29, Chicago, IL 60604-1505 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: brian@freydinlaw.com | Jun 13 2022 22:29:00 | Brian P Deshur, Law Offices of David Freydin Ltd, 8707 Skokie Blvd, Suite 312, Skokie, IL 60077 |
| tr | + | Email/Text: courtnotices@chi13.com | Jun 13 2022 22:30:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Jun 13 2022 22:30:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 29803150 | | Email/Text: bkdept@aaacheckmate.com | Jun 13 2022 22:30:00 | AAA Checkmate, 7647 W. 63rd St., Summit Argo, IL 60501 |
| 29803153 | + | EDI: ATTWIREBK.COM | Jun 14 2022 02:28:00 | AT&T Corp, Karen Cavagnaro, Esq., One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 29803151 | + | Email/Text: bnc@advanceamerica.net | Jun 13 2022 22:30:00 | Advance America, 17655 S. Torrence Avenue, Lansing, IL 60438-4839 |
| 29803154 | + | EDI: CITICORP.COM | Jun 14 2022 02:28:00 | At&t Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 29803155 | | Email/Text: bkdept@brotherloan.com | Jun 13 2022 22:30:00 | Brother Loan and Finance Co, 7621 W. 63rd St., Summit Argo, IL 60501 |
| 29803156 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 13 2022 22:29:00 | Carrington Mortgage Services, PO Box 660586, Dallas, TX 75266-0586 |
| 29803158 | + | EDI: WFNNB.COM | Jun 14 2022 02:28:00 | Comenity Bank/Ashley Stewart, Po Box 182124, Columbus, OH 43218-2124 |
| 29803159 | + | EDI: WFNNB.COM | Jun 14 2022 02:28:00 | Comenity Bank/Harlem Furniture, Po Box 182125, Columbus, OH 43218-2125 |

| 29803160 | + EDI: WFNNB.COM | | |
| | | Jun 14 2022 02:28:00 | Comenity Bank/Harlem Furniture, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29803161 | + EDI: CONVERGENT.COM | | |
| | | Jun 14 2022 02:28:00 | Convergent Outsourcing Inc., 800 SW 39th St., PO Box 9004, Renton, WA 98057-9004 |
| 29803162 | + Email/Text: solutions@cafcu.org | | |
| | | Jun 13 2022 22:30:00 | Corporate America Family CU, 7021 W. 79th St., Burbank, IL 60459-1035 |
| 29803163 | + Email/Text: group_legal@creditunion1.org | | |
| | | Jun 13 2022 22:30:00 | Credit Union 1, Attn: Bankruptcy, 200 E Champaign Ave, Rantoul, IL 61866-2940 |
| 29803164 | + Email/Text: bankruptcy@komyattelaw.com | | |
| | | Jun 13 2022 22:30:00 | Daniel R. Zajac, Komyate & Casbon, 9650 Gordon Dr., Highland, IN 46322-2980 |
| 29803157 | EDI: JPMORGANCHASE | | |
| | | Jun 14 2022 02:28:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 29803168 | + Email/Text: JRepa@mcacollectionagency.com | | |
| | | Jun 13 2022 22:29:00 | Medical Commercial Audit Inc, Attn: Bankruptcy, 2835a High Ridge Blvd, High Ridge, MO 63049-2209 |
| 29803169 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 13 2022 22:28:03 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 29803170 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 13 2022 22:39:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 29803172 | + Email/Text: bankruptcy@komyattelaw.com | | |
| | | Jun 13 2022 22:30:00 | Munster Medical Research Foundation, c/o Komyatte & Casbon, PC, 9650 Gordon Dr., Highland, IN 46322-2909 |
| 29803174 | + EDI: AGFINANCE.COM | | |
| | | Jun 14 2022 02:28:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 29803175 | + Email/Text: tidewaterlegal@twcs.com | | |
| | | Jun 13 2022 22:30:00 | Pioneer Finance LLC, 6520 Indian River Rd, Virginia Beach, VA 23464-3439 |
| 29803177 | + EDI: PHINELEVATE | | |
| | | Jun 14 2022 02:28:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 29803176 | + EDI: PHINELEVATE | | |
| | | Jun 14 2022 02:28:00 | Rise, 4150 International Plaza, Fort Worth, TX 76109-4819 |
| 29803178 | + Email/Text: merle@sirfinance.com | | |
| | | Jun 13 2022 22:30:00 | Sir Finance Loans Corporation, 6140 N. Lincoln Avenue, Chicago, IL 60659-2318 |
| 29803179 | + Email/Text: SOURCE1CU@AOL.COM | | |
| | | Jun 13 2022 22:31:00 | Sourceone Credit Union, 542 S Dearborn St Ste 41, Chicago, IL 60605-3502 |
| 29803184 | + EDI: RMSC.COM | | |
| | | Jun 14 2022 02:28:00 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 29803185 | + EDI: RMSC.COM | | |
| | | Jun 14 2022 02:28:00 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29803187 | + Email/PDF: OGCRegionVBankruptcy@hud.gov | | |
| | | Jun 13 2022 22:27:51 | US Department of Housing and Urban, 451 7th St. SW, Washington, DC 20410-0001 |
| 29803189 | + EDI: VERIZONCOMB.COM | | |
| | | Jun 14 2022 02:28:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 29803190 | + EDI: VERIZONCOMB.COM | | |
| | | Jun 14 2022 02:28:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 29803191 | + Email/Text: bankruptcyreports@wakeassoc.com | | |
| | | Jun 13 2022 22:30:00 | Wakefield & Associates, PO Box 58, Fort Morgan, CO 80701-0058 |

TOTAL: 33

District/off: 0752-1                          User: admin                              Page 3 of 3
Date Rcvd: Jun 13, 2022                       Form ID: 309I                            Total Noticed: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 29803180 | *+ | Sourceone Credit Union, 542 S Dearborn St Ste 41, Chicago, IL 60605-3502 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian P Deshur | on behalf of Debtor 1 Lesa Edwards-Fletcher brian@freydinlaw.com  shanika@deshurlaw.com |
| David Freydin | on behalf of Debtor 1 Lesa Edwards-Fletcher david.freydin@freydinlaw.com  vincent@freydinlaw.com |
| Marilyn O Marshall | courtdocs@chi13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4